

AUSA Asheeka Desai (312) 886-2050

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 26CR47 |
| v. | BETH W. JANTZ<br>Magistrate Judge |
| FRANCISCO DAVID ROSAS | |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, ALBERTO GALARZA, appearing before United States Magistrate Judge BETH W. JANTZ by telephone and being duly sworn under oath, state that as a federal law enforcement officer, I have been informed that FRANCISCO DAVID ROSAS has been charged by Indictment in the Western District of Missouri with the following criminal offense: felon in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

/s/ Alberto Galarza
ALBERTO GALARZA
Deputy U.S. Marshal
United States Marshals Service

SWORN TO AND AFFIRMED by telephone this 2nd day of February, 2026.

BETH W. JANTZ
United States Magistrate Judge

# SECRET

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 25-05031-01-CR-SW-MDH |
| Plaintiff, | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| v. | NMT 15 Years Imprisonment |
| | NMT $250,000 Fine |
| **FRANCISCO DAVID ROSAS,** | NMT 3 Years Supervised Release |
| [DOB: 01-22-1978] | Class C Felony |
| Defendant. | $100 Special Assessment |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about March 16, 2025, in Newton County, in the Western District of Missouri, the defendant, **FRANCISCO DAVID ROSAS**, then knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: (1) a Canik, model METE MC9, 9mm caliber pistol, bearing serial number 23CT12326; and (2) a Ruger, model LCP, .380 caliber pistol, bearing serial number 37183547, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL

*SIGNATURE ON FILE WITH USAO*
**FOREPERSON OF THE GRAND JURY**

*Jessica R. Eatmon*
**JESSICA R. EATMON**
Assistant United States Attorney

DATED: August 26, 2025
Springfield, Missouri

**SECRET**

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| United States of America | ) |
|---|---|
| v. | ) Case No. 25-05031-01-CR-SW-MDH |
| FRANCISCO DAVID ROSAS | ) |
| *Defendant* | ) |

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Francisco David Rosas,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

the defendant, then knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: (1) a Canik, model METE MC9, 9mm caliber pistol, bearing serial number 23CT12326; and (2) a Ruger, model LCP, .380 caliber pistol, bearing serial number 37183547, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Date: 8/26/25

*Issuing officer's signature*

City and state: Springfield, Missouri

David P. Rush, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*