# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **United States of America** ) | |
| Plaintiff(s), ) | |
| ) | Case No: 1:26-cr-00047-1 |
| v. ) | Magistrate Beth W. Jantz |
| ) | |
| **Francisco David Rosas** ) | |
| Defendant(s), ) | |

## ORDER

Removal proceedings held on 2/2/26. Defendant appears in response to arrest in the evening of 1/30/26. The Court finds defendant is unable to afford counsel. Enter order appointing Attorney Johanathan D. Brooks as counsel for defendant regarding these removal proceedings only. Defendant is advised of charges and informed of his rights. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court orally admonished the parties, confirmed the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and ordered it to do so. The Government orally moves for detention based on 18 U.S.C. 3142(f)(1)(E). The matter is set for a detention hearing on 2/4/26 at 1:45 p.m. in courtroom 1812. Identity hearing waived by the defendant.

(00:10)

Date: 2/2/2026

Beth W. Jantz
United States Magistrate Judge